**Opinion issued October 20, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00722-CV

———————————

## IN RE IRVIN RICHARDSON AND WANDA RICHARDSON, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Irvin Richardson and Wanda Richardson (collectively, the "Richardsons"), filed a petition for a writ of mandamus challenging the trial court's September 21, 2022 order denying their "Motion to Compel Deposition of Corporate Representative" of real party in interest, Allstate Fire and Casualty Insurance Company. In their mandamus petition, the Richardsons asserted that the trial court's "order denying the motion to compel deposition was in error" and requested that this Court "order the trial court to vacate its September 21, 2022 [o]rder" and order the

trial court to allow them "to take the deposition" of the corporate representative of Allstate Fire and Casualty Insurance Company.[1]

We deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.

---

[1] The underlying case is *Irvin Richardson and Wanda Richardson v. Allstate Fire and Casualty Insurance Company*, Cause Number 2019-39213, in the 269th District Court of Harris County, Texas, the Honorable Cory Sepolio presiding.